# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DIANE FLORIAN, | : | No. 3 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated January 4, |
| | : | 2016 at No. 111 MD 2014. |
| v. | : | |
| | : | |
| | : | |
| SOUTHWESTERN VETERANS CENTER; | : | |
| DEPARTMENT OF MILITARY AND | : | |
| VETERANS AFFAIRS; | : | |
| COMMONWEALTH OF PENNSYLVANIA; | : | |
| AND DISTRICT 13, DISTRICT COUNCIL | : | |
| 84, AMERICAN FEDERATION OF | : | |
| STATE, COUNTY AND MUNICIPAL | : | |
| EMPLOYEES, AFL-CIO, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>


**PER CURIAM**

   **AND NOW,** this 22nd day of February, 2017, the order of the Commonwealth Court is **AFFIRMED**.